Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
Suite 914
San Francisco, CA 94104
Telephone: 415.651.1951
Fax: 415.500.8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Stephen D. Keenan Sr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephen D. Keenan, Sr,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Collecto Inc, a Massachusetts corporation, dba EOS CCA; AT&T Teleholdings, Inc., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 2:13-cv-01742 KJM-AC<br><br>STIPULATION FOR DISMISSAL |

Plaintiff Stephen D. Keenan, Sr ("Plaintiff"), by counsel, and Defendants Collecto Inc. a Massachusetts corporation, dba EOS CCA and AT&T Teleholdings, Inc., a Delaware corporation, by counsel, (the only defendants in this action) hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against the defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 9, 2013                         /s/*Mark F. Anderson*
　　　　　　　　　　　　　　　　　　　　　　Mark F. Anderson

*Keenan v Collecto Inc et al*, No. 2:13-cv-01742 KJM-AC
Stipulation for Dismissal                                                         1

|  |  |
|---|---|
|  | Anderson, Ogilvie & Brewer LLP<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Ste 914<br>Phone: 415.651.1951<br>Fax: 415.500.8300<br>mark@aoblawyers.com |
|  | Attorney for Plaintiff |
| Dated: December 9, 2013. | *David I. Dalby*<br>David I. Dalby (SBN 114750)<br>Hinshaw & Culbertson LLP<br>One California Street, 18th FL<br>San Francisco, CA 94111<br>Phone: 415.362.6000<br>Fax: 415.834.9070<br>ddably@hinshawlaw.com |
|  | Attorney for Defendants Collecto Inc.<br>& AT&T Teleholdings, Inc. |